4-6-18

Richardson Burgess

Bankruptcy No 17-12770-MDC

Do to my absence from work on medial leave and lack of work i have not work since December i had two surgery i'm still unemployeed and my funds were low i'm on unemployment i get payed every two weeks bill were running high i do apologize when my my wife was with me there were two income in the home when she pass it been a finacsal strugd please give me a chance to stay with Bankruptcy it is helping me

Thank you,

Richardson Burgess

139 Crum Creek Dr
Woodlyn PA
19094

cell-267-642-2102

FILED
APR - 6 2018
TIMOTHY McGRATH, CLERK
BY                    DEP. CLERK