United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12770-mdc
Richardson Burgess                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Jun 12, 2018
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
13978517       +Federal National Mortgage Association,   PO ox 1047,   Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
              ASHLEY M. SULLIVAN    on behalf of Debtor Richardson  Burgess asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Federal National Mortgage Association ("Fannie
               Mae") ecfmail@mwc-law.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
               cbrennan@klehr.com, nharrison@klehr.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SOLEIMAN RAIE    on behalf of Debtor Richardson  Burgess sraie@freedmanlorry.com,
               hbanks@freedmanlorry.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

Case 17-12770-mdc    Doc 57    Filed 06/14/18    Entered 06/15/18 01:04:14    Desc Imaged
Certificate of Notice    Page 2 of 2

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12770-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Richardson Burgess
139 Crum Creek Drive
Woodlyn PA 19094

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/12/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Federal National Mortgage Association, PO ox 1047, Hartford, CT 06143 | Rushmore Loan Management Services LLC<br>P.O.BOX 514707,Los Angeles, CA 90051-470 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/14/18

Tim McGrath
**CLERK OF THE COURT**