# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| Debtor | : |
| | : |
| | :  BK. NO. 17-12770 |
| | :  CHAPTER 13 |
| | : |
| | :  11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 3rd day of August, 2018, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532

DATE:   August 3, 2018              ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street,  Ste. 1500
Philadelphia, PA 19103
(215)925-8400