**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARDSON BURGESS** | : |
| | : |
| **Debtor** | : |
| | : |
| | :    **BK. NO. 17-12770** |
| | :    **CHAPTER 13** |
| | : |
| | :    **11 U.S.C.** |

**CERTIFICATION OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that as of October 29, 2018, no response has been filed with the court, pursuant to the Motion to Modify Chapter 13 Plan Post- Confirmation, filed on behalf of the Debtor on October 8, 2018.

William C. Miller, Esquire
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532

All Creditors

DATE:   October 29, 2018                    ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street,  Ste. 1500
Philadelphia, PA 19103
(215)925-8400