United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12770-mdc
Richardson Burgess                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 2                   Date Rcvd: Nov 08, 2018
                              Form ID: pdf900              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db          +Richardson Burgess,    139 Crum Creek Drive,    Woodlyn, PA 19094-1908
13912793    +Best Buy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
13912794    +Christopher Burgess,    139 Crum Creek Drive,    Woodlyn, PA 19094-1908
13978517    +Federal National Mortgage Association,    PO ox 1047,   Hartford, CT 06143-1047
13904341    +Federal National Mortgage Association,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
13904342    +Joseph I. Foley, Esquire,    123 South Broad Street, #1400,    Philadelphia, PA 19109-1060
14121299     Rushmore Loan Management Services LLC,    P.O.BOX 514707,Los Angeles, CA 90051-470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:15     City of Philadelphia,
              City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:46
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 09 2018 02:49:12
              Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
14024810    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 09 2018 02:49:24
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              P.O. Box 165028,   Irving, TX 75016-5028
13912796    +E-mail/Text: csd1clientservices@cboflanc.com Nov 09 2018 02:47:30
              Credit Bureau of Lancaster County,    218 W. Orange Street,    Lancaster, PA 17603-3746
13912798    +E-mail/Text: shawnaj@fmfcu.org Nov 09 2018 02:46:34     Frankin Mint FCU,
              5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
13951553    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 02:49:13     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13912797*     +Federal National Mortgage Association,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
13912799*     +Joseph I. Foley, Esquire,    123 South Broad Street, #1400,    Philadelphia, PA 19109-1060
13912795     ##+Citibank NA,    287 Independence,   Virginia Beach, VA 23462-2962
                                                                                  TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          ASHLEY M. SULLIVAN    on behalf of Debtor Richardson  Burgess asullivan@freedmanlorry.com,
           hbanks@freedmanlorry.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Federal National Mortgage Association ("Fannie
           Mae") ecfmail@mwc-law.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com, nharrison@klehr.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
           bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                  Date Rcvd: Nov 08, 2018
                              Form ID: pdf900           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
        SOLEIMAN  RAIE    on behalf of Debtor Richardson  Burgess sraie@freedmanlorry.com, hbanks@freedmanlorry.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RICHARDSON BURGESS                                  Chapter 13

                 Debtor              Bankruptcy No. 17-12770-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this ___8th___ day of ___November___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

                                _____
                                  Magdeline D. Coleman
                                  Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-


Debtor:
RICHARDSON BURGESS

139 CRUM CREEK DRIVE

WOODLYN, PA 19094